UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alberto Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Pindernation Holdings LLC, et al.,<br><br>    Defendants. | No. 2:23-cv-00001-SRB<br><br>DEFAULT JUDGMENT |

  Plaintiff, Alberto Garcia ("Plaintiff"), requested a default judgment against Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) (collectively, "Defendants"). The Clerk of the Court entered the Defendants' default pursuant to Fed. R. Civ. P. 55(a). The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's request is well-founded and should be granted.

  IT IS THEREFORE ORDERED that Plaintiff is awarded judgment against the Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder), as follows:

  A. For trebled award of Plaintiff's unpaid wages of $4,860 in the amount of $14,580 for which Defendant Pindernation Holdings LLC shall be liable;

B. Of that $14,580, both Defendants Pindernation Holdings LLC and Lord Pindernation (aka Michael Pinder) shall be jointly and severally liable for the amount of $6,912 in unpaid, trebled minimum wages;

C. For Plaintiff's attorneys' fees and costs, a motion for attorneys' fees and costs will be filed pursuant to LRCiv 54.2;

D. For post judgment interest on the above amounts at a rate of 5.12% per annum;

E. For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment.

Dated this 17th day of March, 2023.

_____
Susan R. Bolton
United States District Judge